Clayeo C. Armold
A Professional Corporation
Kirk J. Wolden, SBN 138902
608 University Avenue
Sacramento, CA 95825
Telephone: (916) 924-3100
Fax: (916) 924-1829
Attorneys for Plaintiffs
Robert Martin and Christy Mercado-Martin

Katherine F. Parks, Esq.
State Bar No. 200605
Thorndal, Armstrong, Delk, Balkenbush & Eisinger
6590 S. McCarran, Suite B
Reno, Nevada 89509
Attorneys for Defendant
FITZGERALD'S CASINO and HOTEL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MARTIN and CHRISTY MERCADO-MARTIN,<br><br>                              Plaintiffs,<br>vs.<br><br>FITZGERALD'S CASINO and HOTEL, RENO a business of unknown form and origin, and DOES 1 through 50, inclusive,<br><br>                              Defendants.<br>_____/ | CASE NO.   06-CV-01018-WBS-DAD<br><br>**REQUEST FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**<br><br>**(First Request)** |

COME NOW, Plaintiffs, ROBERT MARTIN AND CHRISTY MERCADO-MARTIN, and Defendant, FITZGERALD'S RENO, INC., improperly named as FITZGERALD'S CASINO and HOTEL, RENO, by and through its attorneys, Thorndal, Armstrong, Delk, Balkenbush & Eisinger, and pursuant to Local Rule 6-144 and hereby request an extension of time in which to complete discovery in this matter.

This case is set for trial on October 2, 2007. The discovery deadline is currently set for January 31, 2007, and the deadline for completion of expert discovery for March 30, 2007. Plaintiff Christy Mercado-Martin recently had a baby and the parties' discovery efforts have been somewhat delayed due to same. The parties hereby request an extension of the discovery

/////

Thorndal, Armstrong,
Delk, Balkenbush
& Eisinger
6590 S. McCarran, Suite B
Reno, Nevada 89509
(775) 786-2882

1  deadline to March 30, 2007, and an extension of the deadline for completion of expert discovery
2  to April 30, 2007.
3      This is the parties' first request for a continuance and counsel for both parties hereby
4  submit that this request is not made in bad faith for the purposes of delay or for any other dilatory
5  reason.  Rather, the requested extension of the discovery deadlines may serve to avoid the
6  imposition of discovery costs on both parties as settlement negotiations are undertaken.
7      The requested extension of time will not delay any other deadlines set forth in this
8  Court's Status (Pretrial Scheduling) Order.

10  Dated: _____1/9_____, 2007     Dated: _____1/10_____, 2007

12  By: _____/s/_____              By: _____/s/_____
    Kirk J. Wolden, Esq.                   Katherine F. Parks, Esq.
    608 University Avenue                  6590 South McCarran Blvd, Ste. B
13  Sacramento, CA 95825                   Reno, NV 89509

14  Attorneys for Plaintiffs               Attorneys for Defendant
    Robert Martin and Christy Mercado-     Fitzgerald's Reno, Inc.
15  Martin

17  IT IS SO ORDERED:

18  DATED: January 10, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

24  Ddad1/orders.civil/martin1018.ord

THORNDAL, ARMSTRONG,
DELK, BALKENBUSH
& EISINGER
6590 S.
McCarran, Suite B
Reno, Nevada 89509
(775) 786-2882