IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MARTIN and CHRISTY
MERCADO-MARTIN,

      Plaintiffs,                    No. CIV S-06-1018 DAD

    v.

FITZGERALD'S CASINO AND         ORDER
HOTEL, RENO,

      Defendant.
_____/

This action has been reassigned to the undersigned for all further proceedings. See 28 U.S.C. § 636(c). The parties shall file a joint status report within fifteen days, setting forth a proposed schedule for further proceedings and bringing to the attention of the court any other matters that will aid in the handling of this case. If the parties wish, the court will set a telephonic status conference. If no request for status conference is made, a further scheduling order will be issued after the parties' joint status report is filed. IT IS SO ORDERED.

DATED: May 18, 2007.

                                        /s/ Dale A. Drozd
                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1\orders.consent\martin1018.jointstatusreport