**CLAYEO C. ARNOLD**
**A Professional Corporation**
**Clayeo C. Arnold, SBN 65070**
**Kirk J. Wolden, SBN 138902**
**608 University Avenue**
**Sacramento, CA 95825**
**Telephone (916) 924-3100**
**Fax: (916) 924-1829**

**Attorney for Plaintiffs,**
**ROBERT MARTIN and**
**CHRISTY MERCADO-MARTIN**

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT MARTIN and CHRISTY MERCADO-MARTIN,**<br><br>　　Plaintiffs,<br><br>vs.<br><br>**FITZGERALD'S CASINO AND HOTEL, RENO, a business of unknown form and origin, and DOES 1 through 50, inclusive,**<br><br>　　Defendants. | Case No: CIV-S-06-1018 DAD<br><br>**STIPULATION AND ORDER RE FINAL PRE-TRIAL CONFERENCE DATE** |

Due to a scheduling conflict on the part of plaintiffs' counsel, the agreement and stipulation of counsel, and good cause appearing therefore, the Final Pre-Trial Conference in this matter currently scheduled for March 28, 2008, at 1:00 p.m. is continued until April 21, 2008, at 10:00 a.m.

So Stipulated:

Dated: March 25, 2008            CLAYEO C. ARNOLD,
                                 A Professional Law Corporation


                                 By: _____//ss//_____
                                         KIRK J. WOLDEN
                                     Attorneys for Plaintiffs

1

| | |
|---|---|
| Dated: March 25, 2008 | THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER |
| | By: _____//SS//_____<br>KATHERINE F. PARKS<br>Attorneys for Defendant |

IT IS SO ORDERED.

DATED: March 25, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.consent/martin1018.stipord

2