IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MARTIN and CHRISTY MERCADO-MARTIN,

    Plaintiffs,                      No. CIV S-06-1018 DAD

    vs.

FITZGERALD'S CASINO AND HOTEL, RENO,

    Defendant.                     ORDER TO SHOW CAUSE

_____/

        Pursuant to court order, a Settlement Conference was set before the Honorable Edmund F. Brennan on May 15, 2008. That order specifically provided that "counsel shall appear in person, accompanied by a principle capable of disposition of all claims at the Settlement Conference, or shall be fully authorized to settle the matter at the Settlement Conference on any terms." See Pretrial Order, filed April 30, 2008, at 11:20-21 (emphasis added).

        Counsel for plaintiffs duly appeared, but without his clients present and without sufficient authority to settle the case.

/////

/////

1

1    Accordingly, plaintiffs are ORDERED to SHOW CAUSE in writing within ten
2 (10) days why the case should not be dismissed for failure to prosecute and failure to comply
3 with court orders. <u>See</u> Fed. R. Civ. P. 41(b); E.D. Ca. L.R. 11-110.
4    Plaintiffs are further ordered to show cause within ten (10) days why monetary
5 sanctions should not be imposed on them to compensate defendant for its attorneys fees incurred
6 for the wasted court appearance on May 15, 2008.
7 DATED: May 16, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

12 Ddad1/orders.consent/martin1018.osc