Katherine F. Parks, Esq.
State Bar No. 6227
Thorndal, Armstrong, Delk, Balkenbush & Eisinger
6590 S. McCarran, Suite B
Reno, Nevada 89509
Attorneys for Defendant
Fitzgerald's Casino and Hotel

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MARTIN and CHRISTY MERCADO-MARTIN,<br><br>Plaintiffs,<br>vs.<br><br>FITZGERALD'S CASINO and HOTEL, RENO a business of unknown form and origin, and DOES 1 through 50, inclusive,<br><br>Defendants.<br>_____/ | CASE NO. 2:06-CV-1018-DAD<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

COMES NOW Plaintiffs, ROBERT MARTIN and CHRISTY MERCADO-MARTIN, and Defendant, FITZGERALD'S RENO, INC., improperly named as FITZGERALD'S CASINO and HOTEL, RENO, by and through their respective counsel and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate and agree that the above-entitled matter may be dismissed with prejudice in its entirety and each party to bear their own costs and attorney's fees.

DATED:   June 18, 2008   .
LAW OFFICES OF CLAYEO C. ARNOLD

By:   /s/
    Kirk J. Wolden, Esq.
    608 University Avenue
    Sacramento, CA 95825
    *Attorneys for Plaintiffs*

DATED:   June 20, 2008   .
THORNDAL, ARMSTRONG,
DELK, BALKENBUSH & EISINGER

By:   /s/
    Katherine F. Parks, Esq.
    6590 S. McCarran Blvd., Suite B
    Reno, NV 89509
    *Attorneys for Defendant*

IT IS SO ORDERED.

DATED: June 25, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.consent/martin1018.stipord.dism

THORNDAL, ARMSTRONG,
DELK, BALKENBUSH
& EISINGER
6590 S. McCarran, Suite B
Reno, Nevada 89509
(775) 786-2882